AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means     ☐ Original     ☐ Duplicate Original

**NOT FOR PUBLIC VIEW**

# UNITED STATES DISTRICT COURT
for the
Southern District of California

| | |
|---|---|
| In the Matter of the Search of )<br>*(Briefly describe the property to be searched*<br>*or identify the person by name and address)* )<br>Apple Inc., One Apple Park Way, Cupertino, CA 95014 )<br>host of iCloud account jeatmon662@gmail.com )<br>) | Case No.  '22  MJ2736 |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the     Northern     District of     California
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, incorporated herein by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before     August 12, 2022     *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     Hon. Barbara L. Major     .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

10:23 AM, Jul 29, 2022
Date and time issued:     July 29, 2022                              *Barbara Major*
                                                                                         *Judge's signature*

City and state:     San Diego, CA                                  Hon. Barbara L. Major, U.S. Magistrate Judge
                                                                                         *Printed name and title*

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

BLM 9/23/22

| **Return** | | |
|---|---|---|
| Case No.:<br>'22  MJ2736 | Date and time warrant executed:<br>08/01/2022 @ 6:53 AM | Copy of warrant and inventory left with:<br>Attorney of EATMON |
| Inventory made in the presence of :<br>Inspector M. Carroll | | |
| Inventory of the property taken and name(s) of any person(s) seized:<br>eleven (11) *.zip and one Excel files containing the iCloud backup files and account data for jeatmon662@gmail.com | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:   09/23/2022

*Executing officer's signature*

Matt E. Carroll, US Postal Inspector
*Printed name and title*

## ATTACHMENT A
## LOCATION TO BE SEARCHED

Apple, Inc. is an internet service provider with its primary computer information systems and other electronic communications and storage systems, records, and data located at Apple Inc., One Apple Park Way, Cupertino, CA 95014.

Apple hosts the following electronic communication accounts that are the subject of this search warrant and application: **jeatmon662@gmail.com** (the "**Subject Account**").

## ATTACHMENT B
## ITEMS TO BE SEIZED

**I.     Service of Warrant**

The officer executing the warrant shall permit Apple, as custodian of the electronic files described in Section II below, to locate the files and copy them onto removable electronic storage media and deliver the same to the officer.

**II.    Items To Be Provided by Apple**

All subscriber and/or user information and content, including all SMS or text messages, iMessages, phone and FaceTime call logs, third-party application data, iCloud content and data, keybag and FileInfoList.txt files, and iCloud device backup data, electronic mail, images, videos, histories, VoIP logs, contacts or friend lists, profiles, method of payment, detailed billing records, access logs, backup data, transactional data, and any other files or records associated with the following account: **jeatmon662@gmail.com** (the "**Subject Account**").

**III.   Search and Items to Be Seized by the Government**

The search of the data supplied by Apple pursuant to this warrant will be conducted by the US Postal Inspection Service as provided in the "Procedures For Electronically Stored Information" of the affidavit submitted in support of this search warrant and will be limited to the period of **period of January 1, 2020 up to and including July 15, 2021** and to the seizure of:

   a.   Communications, records, and attachments tending to discuss or establish the importation of or conspiracy to import controlled substances, or the distribution of or conspiracy to distribute controlled substances;
   b.   Logs, images, videos, application data, iCloud data, histories, contact or friend lists, profiles, payment and billing records, backup and transactional data, and any other communications, records, and attachments, tending to discuss or establish the importation of or conspiracy to import controlled substances, or the distribution of or conspiracy to distribute controlled substances;
   c.   Communications, records, and attachments tending to identify any co-conspirators involved in the activities in III(a) and (b) above; and

      d.    Communications, records, and attachments that provide context to any communications described above, such as messages or electronic mail sent or received in temporal proximity to any relevant message or electronic mail and any message or electronic mail tending to identify users of the subject accounts;

which are evidence of violations of Title 21, United States Code, Sections 841(a), 843(b), and 846.